PER CURIAM.
 

 We affirm Green’s convictions and sentence without prejudice to his right to seek appropriate and timely postconviction relief.
 
 See Dunbar v. State,
 
 35 So.3d 54, 55 (Fla. 5th DCA 2010) (sentencing errors that occur after effective date of amendment to Florida Rule of Criminal Procedure 3.800(b), even if formerly deemed fundamental or patent on face of record, cannot be reviewed by appellate court if issue is not raised at sentencing or in timely post-sentencing proceeding pursuant to Rule 3.800);
 
 see also Williams v. State,
 
 56 So.3d 899 (Fla. 5th DCA 2011).
 

 AFFIRMED.
 

 MONACO, EVANDER and JACOBUS, JJ., concur.